## Malony, *et. al. v.* Bourne.

It is error to order execution on *scire facias* against a person who is not made a party to the proceeding.

### Error *to Clinton District Court.*

*Opinion by* Kinney, J.   Bourne recovered judgment in the district court, against David Sleator and Aimes, his surety on appeal.   Before the judgment was satisfied Slea-tor died intestate, and letters of administration were granted to Lawrence Malony.   A *scire facias* was issued against the administrator, to show cause why Bourne should not have execution of the goods and chattels of Sleator in the hands of Malony, yet to be administered.   The *scire facias* was demurred to, and the demurrer overruled by the court, and judgment rendered against Malony, the administrator of Sleator, with the proviso that no execution should issue against Sleator's estate, "but that the plaintiff should have execution against the survivor Aimes.   We see no error in this judgment against the administrator of which he could take advantage.   The proceeding against him by *scire facias* was authorized by the statute, and judgment was properly rendered against him as the administrator of Sleator.   But we think the court ought not to have awarded execution against Aimes.   He was not before the court. He was not joined in the writ, and the court had no juris-diction over him in the proceedings then before them. True, Aimes was surety in the appeal for Sleator, and Bourne had a right to proceed against his property on the judgment which he had recovered, but this fact did not jus-tify the court in awarding execution when he was not a party to the proceedings then pending.

The judgment, therefore, against Malony, administrator,

is affirmed, and the award of execution against Aimes reversed.

*W. E. Leffingwell*, for plaintiff in error.

*P. Smith*, for defendant.